

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 29, 2021

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Dawara, et al. v. Wolf, et al.*, No. 21 Civ. 25 (LGS)

Dear Judge Schofield:

      This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully <u>to request an on-consent extension of time of sixty days to respond to the complaint (*i.e.*, from March 8, 2021 to May 7, 2021)</u>. I also respectfully <u>request that the initial conference presently scheduled for April 8, 2021 be adjourned to May 17, 2021 or thereafter</u>.

      The extension is respectfully requested because USCIS has scheduled an interview for plaintiffs in regard to their Form I-130 and Form I-485 for February 23, 2021. The government anticipates that the requested extension will provide adequate time for USCIS to conduct the interview and then to determine what next steps may be necessary with respect to plaintiffs' petition and application or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs' counsel consents to these requests.

      I thank the Court for its consideration of this letter.

The application is **GRANTED**. By **May 7, 2021**, the Government shall answer, move or otherwise respond to the complaint. The initial pre-trial conference scheduled for April 8, 2021, (Dkt. No. 8) is **ADJOURNED to May 20, 2021**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The parties shall file their joint letter and proposed case management plan by **May 13, 2021**.

Dated: February 1, 2021
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
       MICHAEL J. BYARS
       Assistant United States Attorney
       Telephone: (212) 637-2793
       Facsimile: (212) 637-2786
       E-mail: michael.byars@usdoj.gov